UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EARL LEE,

    Petitioner,

Case No. 1:18-CV-735

v.

HON. GORDON J. QUIST

TONY TRIERWEILER,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Phillip J. Green's May 29, 2019, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on May 30, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the May 29, 2019, Report and Recommendation (ECF No. 11) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: July 12, 2019                                      /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE